RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Michael Asa Boyd

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00249-GMN-DJA-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| MICHAEL ASA BOYD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brett Ruff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Michael Asa Boyd, that the Revocation Hearing currently scheduled on April 28, 2021 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Boyd is currently waiting to see if state charges will be filed based on the stop that forms the basis for his supervised release violation petition. A status check for the state case is set for July 20, 2021.

2. Any potential resolution to the pending petition will depend on the outcome of the state case.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 19th day of April, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|    */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender |    */s/ Brett Ruff*<br>By_____<br>BRETT RUFF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASA BOYD,<br><br>    Defendant. | Case No. 2:20-CR-00249-GMN-DJA-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the Stipulation to continue the revocation hearing is GRANTED IN PART and DENIED IN PART.

    IT IS FURTHER ORDERED that the revocation hearing currently scheduled for Wednesday, April 28, 2021 at 9:00 a.m., be vacated and continued for 30 days to Wednesday, June 2, 2021, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

    DATED this  21  day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE