RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Michael Asa Boyd

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ASA BOYD,<br><br>　　　　　Defendant. | Case No. 2:20-CR-00249-GMN-DJA-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brett Ruff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Michael Asa Boyd, that the Revocation Hearing currently scheduled on June 2, 2021 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.　Mr. Boyd is currently waiting to see if state charges will be filed based on the traffic stop that forms the basis for his supervised release violation petition. A status check for

the state case is set for July 20, 2021. Mr. Boyd does not anticipate that the state will make a decision regarding whether to bring charges before that date.

2. Any potential resolution to the pending petition will likely depend on the outcome of the state case.

3. The parties previously requested a continuance beyond Mr. Boyd's state court date and the Court denied that request in part. The parties believe any potential resolution on the violation petition will be contingent on the outcome of Mr. Boyd's state case and it has become apparent that the state is unlikely to decide whether to bring charges until the July status check.

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

6. If the Court deems it necessary, the parties would also be available for a status conference on June 2, 2021 to update the Court on the status of Mr. Boyd's state cases.

This is the second request for a continuance of the revocation hearing.

DATED this 24th day of May, 2021.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Andrew Wong*  
By_____  
ANDREW WONG  
Assistant Federal Public Defender

CHRISTOPHER CHIOU  
Acting United States Attorney

*/s/ Brett Ruff*  
By_____  
BRETT RUFF  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00249-GMN-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL ASA BOYD, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 2, 2021 at 10:00 a.m., be vacated and continued to Tuesday, August 3, 2021, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this 26 day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE