RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Michael Asa Boyd

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ASA BOYD,<br><br>　　　　　Defendant. | Case No. 2:20-CR-00249-GMN-DJA-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Michael Asa Boyd, that the Revocation Hearing currently scheduled on August 3, 2021 at 10:00 am, be vacated and continued to a date and time convenient to the Court on or after August 25, 2021.

This Stipulation is entered into for the following reasons:

1.　Mr. Boyd will be appearing in state court on August 19, 2021, to address the narcotics violation, listed as 1B, in the petition. He will be pleading guilty to a misdemeanor drug offense, specifically a violation of NRS § 454.351 possession of drugs which may not be

introduced into interstate commerce. Mr. Boyd's misdemeanor plea will fully satisfy the charges in the state case. This plea will obviate the need for a contested hearing in federal court concerning violation number 1B in the petition.

2. Mr. Boyd requests a continuance to allow for the resolution of his state case prior to the revocation hearing.

3. The United States Probation Office and United States Attorney's Office do not oppose a brief continuance for that purpose

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 26th day of July, 2021.

RENE L. VALLADARES  
Federal Public Defender

CHRISTOPHER CHIOU  
Acting United States Attorney

　　*/s/ Andrew Wong*  
By_____  
ANDREW WONG  
Assistant Federal Public Defender

　　*/s/ Daniel J. Cowhig*  
By_____  
DANIEL J. COWHIG  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL ASA BOYD,<br><br>        Defendant. | Case No. 2:20-CR-00249-GMN-DJA-1<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, August 3, 2021 at 10:00 a.m., be vacated and continued to August 25, 2021, at the hour of 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

    DATED this 28 day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE