**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MICHAEL ASA BOYD ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:20-cr-00249-GMN-DJA <br><br> **ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Pending before the Court is the Motion for Early Termination of Supervised Release, (ECF No. 38), filed by Defendant Michael Asa Boyd. The Government filed a Notice of Non-Opposition to Defendant's Motion, (ECF No. 39). Also pending before the Court is Defendant's Motion for Appointment of Counsel,[1] (ECF No. 35), and Motion to Seal Financial Affidavit,[2] (ECF No. 36).

---

[1] Assistant Federal Public Defender Heidi Ojeda filed Defendant's Motion for Early Termination of Supervised Release the same day she filed Defendant's Motion for Appointment of Counsel. Having reviewed the Defendant's financial affidavit and finding that he qualifies for the appointment of counsel, AFPD Heidi Ajeda is hereby "appointed as counsel *nunc pro tunc* to the date she filed the Motion." *See United States v. Eastlick*, Nos. 2:18-cr-00286, 2:18-cr-00288, 2021 WL 2459468, at *2 (D. Idaho June 15, 2021).

[2] The Judicial Conference of the United States promulgated its current Policy on Privacy and Public Access to Electronic Case Files in 2008. The policy provides, in part, that financial affidavits filed in seeking representation pursuant to the Criminal Justice Act "shall not be included in the public case file and should not be made available to the public at the courthouse or via remote electronic access[.]" Privacy Policy for Electronic Case Files, Judicial Conference Policy on Privacy and Public Access to Electronic Case Files, (last visited December 20, 2024), https://www.uscourts.gov/rules-policies/judiciary-policies/privacy-policy-electronic-case-files. The Court finds good cause to seal Defendant's Financial Affidavit, as it is a document restricted from public view or access pursuant to the Policy. See *United States v. Capri*, No. 20-cr-00096, 2022 WL 1128934, at *1 (D. Ariz. Apr. 15, 2022) (sealing a defendant's financial affidavit filed in seeking representation pursuant to the Criminal Justice Act).

The Court has considered the relevant factors and finds that Defendant meets the criteria for early termination of supervised release. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Early Termination of Supervised Release, (ECF No. 38), is **GRANTED**.  **IT IS FURTHER ORDERED** that Defendant's Motion for Appointment of Counsel, (ECF No. 35), and Motion to Seal Financial Affidavit, (ECF No. 36), are **GRANTED**.

**DATED** this __23__ day of June, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court